

FILED

SEP 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1 | DANIEL J. BRODERICK, #89424
    Federal Defender
2 | LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
3 | Designated Counsel for Service
    ANDREA S. MOON
4 | Certified Student Attorney
    801 I Street, 3rd Floor
5 | Sacramento, California 95814
    Telephone: (916) 498-5700
6 |
    Attorney for Defendant
7 | JAMES WILLIS ARMSTRONG

8

9          IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,    ) No. 2:11-CR-00396 DAD
                                  )
13 |         Plaintiff,           ) DAD
                                  ) ~~PROPOSED~~ TRANSPORTATION ORDER
14 |    v.                        )
                                  )
15 | JAMES WILLIS ARMSTRONG,      ) Date: October 4, 2011
                                  ) Time: 10:00 a.m.
16 |         Defendants.          ) Judge: Hon. Dale A. Drozd
                                  )
17                                )
                                  )
18 | _____    )

19

20 | TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

21 |      This is to authorize and direct you to furnish the above named

22 | defendant, JAMES WILLIS ARMSTRONG, the cost of round-trip, privately-

23 | owned vehicle mileage (POV) reimbursement in lieu of providing

24 | transportation from Redding, California to Sacramento, California for

25 | his arraignment as provided in 18 U.S.C. § 4285.  The

26 | ///

27 | ///

28 | ///

1 | defendant intends to travel in his POV from Redding, and requires
2 | assistance due to living off of disability.  The Court, having reviewed
3 | information supplied by memorandum, finds the defendant is unable to
4 | provide the necessary transportation on his own.  The Government has
5 | been informed of this request and has no opposition.
6 |     This is authorized pursuant to 18 U.S.C. § 4285.
7 | IT IS SO ORDERED.
8 | Dated: September 27, 2011
9 |                              DALE A. DROZD
                             U.S. Magistrate Court Judge