

**NOV 18 2011**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK



1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID PETERSEN
   Special Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  2:11-cr-00396-DAD
                                   )
12          Plaintiff,             )
                                   )
13      v.                         )  STIPULATION TO TRANSFER
                                   )  JURISDICTION FROM THE SACRAMENTO
                                   )  DIVISION TO THE REDDING DIVISION
14  JAMES WILLIS ARMSTRONG,        )  IN THE EASTERN DISTRICT OF
                                   )  CALIFORNIA AND SET CHANGE OF PLEA
15          Defendant.             )  FOR NOVEMBER 29, 2011 AT 11:00
                                   )  A.M.
16  _____   )

17

18      IT IS HEREBY STIPULATED and agreed to between the United

19  States of America, through David Petersen, Special Assistant

20  United States Attorney, and the defendant, James Willis

21  Armstrong, by and through his counsel, Linda Harter, Chief

22  Assistant Federal Defender, that jurisdiction of case 2:11-cr-

23  00396-DAD be transferred from the Honorable Magistrate Judge Dale

24  A. Drozd of the Sacramento Division to the Honorable Magistrate

25  Judge Craig M. Kellison of the Redding Division, in the Eastern

26  District of California.

27      Further, it is stipulated by the parties that a Change of

28  Plea be set for November 29, 2011 at 11:00 a.m. before Judge

                            1

Kellison in Redding, CA and that the defendant, James Willis Armstrong, be ordered to appear at 2986 Bechelli Lane, Redding, CA 96002 for such hearing.

The defendant, James Willis Armstrong, is indigent and resides in Redding. On October 4, 2011, the Court ordered that the United States Marshal Service furnish the defendant, James Willis Armstrong, the cost of a round-trip, privately-owned vehicle mileage (POV) reimbursement. After the transportation funds had been authorized, but before the defendant had received the transportation funds, the United States Department of the Treasury seized the funds to satisfy an existing debt owed by the defendant to the United States. As the defendant cannot afford to travel to Sacramento, and the Court's previous attempt to provide transportation funds to assure the defendant's appearance was circumvented, it is in the interest of the judicial economy to transfer jurisdiction of this case from the Sacramento Division to the Redding Division.

DATED: November 18, 2011          BENJAMIN B. WAGNER
                                  United States Attorney

                              By: /s/ David Petersen
                                  David Petersen
                                  Special Assistant U.S. Attorney

DATED: November 18, 2011          DANIEL J. BRODERICK
                                  Federal Defender

                              By: /s/ Linda Harter
                                  Linda Harter
                                  Attorney for Defendant

                              By: /S/ Andrea Moon
                                  Andrea Moon
                                  Certified Student Attorney

1 | BENJAMIN B. WAGNER
United States Attorney
2 | DAVID PETERSEN
Special Assistant U.S. Attorney
3 | 501 "I" Street, Suite 10-100
Sacramento, CA  95814
4 | Telephone: (916) 554-2700

5

6

7

8 |          IN THE UNITED STATES DISTRICT COURT FOR THE

9 |                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )   2:11-cr-00396-DAD
                                )
12 |           Plaintiff,         )
                                )
                                )   ORDER TO TRANSFER JURISDICTION
13 |    v.                       )   FROM THE SACRAMENTO DIVISION TO
                                )   THE REDDING DIVISION IN THE
14 | JAMES WILLIS ARMSTRONG,      )   EASTERN DISTRICT OF CALIFORNIA
                                )   AND SET A CHANGE OF PLEA FOR
15 |           Defendant.         )   NOVEMBER 29, 2011 AT 11:00 A.M.
                                )
16 | _____)

17

18 | It is hereby ORDERED that the above captioned matter is

19 | transferred from the Sacramento Division of the Eastern District

20 | of California to the Redding Division of the Eastern District of

21 | California, and that the Status Conference scheduled for November

22 | 22, 2011 is vacated. The parties are ORDERED to appear for a

23 | Change of Plea hearing on November 29, 2011, at 11:00 a.m. before

24 | the Honorable Craig M. Kellison at 2986 Bechelli Lane, Redding,

25 | CA 96002,

26 | IT IS SO ORDERED.

27 | DATED:  *November 18*, 2011            _____
                                         HON.  DALE A.  DROZD
28 |                                      United States Magistrate Judge