# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**JAMES WILLIS ARMSTRONG**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **3:11-CR-0029 CMK**

John Kucera
Defendant's Attorney

## THE DEFENDANT:

[✔]    pleaded guilty to count(s): <u>1 of the Information</u> .
[ ]    pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]    was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 641 | Theft of Government Property | February 2007 | 1 |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]    Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ]    Indictment is to be dismissed by District Court on motion of the United States.

[ ]    Appeal rights given.          [✔]    Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/29/2011

Date of Imposition of Judgment

**CRAIG M. KELLISON**, United States Magistrate Judge

Name & Title of Judicial Officer

DATED: December 1, 2011

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

AO 245B-CAED (Rev. 3/04) Sheet 4 - Probation

| | | |
|---|---|---|
| CASE NUMBER: | 3:11-CR-0029 CMK | Judgment - Page 2 of 3 |
| DEFENDANT: | JAMES WILLIS ARMSTRONG | |

# COURT PROBATION

The defendant is hereby sentenced to Court probation for a term of <u>one (1) year</u> .

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance.

[ ]    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[ ]    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[ ]    The defendant shall submit to the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]    The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is employed, or is a student. (Check, if applicable.)

[ ]    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release

# SPECIAL CONDITIONS OF SUPERVISION

1.
        Defendant shall pay full restitution to the Social Security Administration in the sum of $9,292.09. The government acknowledges that to date defendant has paid $6,983.09 towards such restitution. Defendant is ordered to pay the outstanding balance of $2,309.00 during the term of probation.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties.

|          | Assessment | Fine | Restitution |
|----------|------------|------|-------------|
| Totals:  | $ 25.00    | $    | $ 9,292.09  |

Defendant shall pay the $25.00 penalty assessment forthwith to the Clerk, U.S. District Court, 501 I Street, Sacramento, California 95814.

| Name of Payee                   | Total Loss* | Restitution Ordered |
|---------------------------------|-------------|---------------------|
| Social Security Administration  | $9,292.09   | $9,292.09           |

[X]   Restitution amount ordered pursuant to plea agreement $ _9,292.09_  less payments received in the sum of $6,983.09 for a balance due of $2,309.00 to be paid in full during the term of probation.

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.